UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

THOMAS A. EVERETT,

                       Plaintiff,

-against-

TARGET STORE 2076, *et al.*,

                       Defendants.
-----------------------------------------------------------X

**AMENDED
CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER**

Case No. 23 Civ. 6090

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. The case is to be tried to a jury.

2. Joinder of additional parties must be accomplished by October 30, 2024.

3. Amended pleadings may be filed until October 30, 2024.

4. Interrogatories are to be served by all counsel no later than September 30, 2024, and responses to such interrogatories shall be served by October 30, 2024. The provisions of Local Civil Rule 33.3 shall apply to this case.

5. First request for production of documents shall be completed by September 30, 2024.

6. Non-expert depositions shall be completed by January 29, 2025.

    a. Unless counsel agree otherwise or the Court "So Orders," depositions shall not be held until all parties have responded to any first requests for production of documents.
    b. Depositions shall proceed concurrently.
    c. Whenever possible, unless counsel agree otherwise or the Court "So Orders," non-party depositions shall follow party depositions.

7. Any further interrogatories, including expert interrogatories, shall be served no later than February 28, 2025.

8. Requests to admit, if any, shall be served no later than February 28, 2025.

9. Expert reports shall be served no later than February 28, 2025.

10. Rebuttal expert reports shall be served no later than April 14, 2025.

11. Expert depositions shall be completed by June 30, 2025.

12. **ALL DISCOVERY SHALL BE COMPLETED BY JUNE 30, 2025.**

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof. **\*PLAINTIFF SHALL PROVIDE THE NAME AND CONTACT INFORMATION OF THE ADULT WHO ACCOMPANIED PLAINTIFF ON THE DATE OF ACCIDENT BEFORE FACT DISCOVERY ENDS ON NOVEMBER 29, 2024.**

14. Any motions shall be filed in accordance with the Court's Individual Practices.

15. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court.

16. The status conference scheduled for September 23, 2024 at 10:30 a.m. is adjourned to November 6, 2024 at 10:00 a.m. in Courtroom 421.

Dated: August 12, 2024
White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge